6:20-cv-00260

# Exhibit B

| 6,819,539 | T-Mobile's Sale of the Motorola Moto Z2 Force ("The Accused Product") |
|---|---|
| 8. An apparatus comprising: a detection circuit configured to generate a signal having an event condition; and | The accused product utilizes an apparatus comprising: a detection circuit (e.g., a battery monitoring circuit) configured to generate a signal (e.g., voltage or current notification) having an event condition (e.g., if state is high or low).<br><br>As shown below, the Motorola Moto Z2 Force utilizes a Qualcomm Snapdragon 835 processor.<br><br> |

EXHIBIT B

1

## Specs

- Battery
  - Usage time: 10 hours
  - Standby time: 18 hours
  - Battery size/type: 2730 mAh
  - Fast charging type: 15W TurboPower
- Keyboard
  - Touch screen with on-screen keyboard
- Memory
  - 4 GB RAM, 64 GB ROM
  - Supports 256 MB up to 2 TB MicroSD card
- Operating System
  - Android
- Processor
  - Qualcomm® Snapdragon™ 835 Octa-Core, MSM 8998

- Anti-theft
  - Yes
- Advanced messaging
  - Yes
- Device Unlock App
  - Yes
- Emergency Alerts (WEA)
  - See T-Mobile.com/WEA
- SIM card
  - Nano-SIM
- System Manager (Carrier IQ)
  - Yes
- T-Mobile Video Calling
  - No - uses Google Duo

https://www.t-mobile.com/support/devices/android/motorola-moto-z2-force-edition/tech-specs-motorola-moto-z2-force-edition

As shown below, the Snapdragon 835 includes a battery monitoring circuit that generates a signal based upon the occurrence of a certain condition (in this case voltage variances for normal values).

 Snapdragon 835 Mobile Platform

https://www.qualcomm.com/products/snapdragon-835-mobile-platform

2

| | |
|---|---|
| | **Snapdragon 835 mobile platform advancements:**<br><br>+ Snapdragon X16 LTE modem: mobile connectivity with LTE download speeds up to 1 Gbps, multi-gigabit 802.11ad, and integrated 2x2 802.11ac Wi-Fi with MU-MIMO<br><br>+ Qualcomm® Quick Charge™ 4 technology: 20% faster, 30% more efficient than our previous generation, charge from zero to up to 50% in 15 minutes²<br><br>+ Qualcomm® Adreno™ 540 GPU with visual processing subsystem: Advanced 3-D graphics rendering and up to 60X more colors help deliver life-like visuals for immersive experiences¹<br><br>+ Qualcomm Spectra™ 180 Camera ISP: Dual 14-bit ISPs support up to 32MP single or dual 16MP cameras for the ultimate photography and videography experience<br><br>+ Qualcomm® Hexagon™ 682 DSP: Support for latest Machine Learning frameworks and image processing. Includes Hexagon Vector eXtensions and Qualcomm All-Ways Aware™ technology utilizing connectivity and sensors |
| | https://www.qualcomm.com/media/documents/files/snapdragon-835-mobile-platform-product-brief.pdf |

3

```
5006.            qcom,bcl {
5007.                compatible = "qcom,bcl";
5008.                qcom,bcl-enable;
5009.                qcom,bcl-framework-interface;
5010.                qcom,bcl-freq-control-list = <0x1a 0x1b 0x1c 0x1d>;
5011.                qcom,bcl-hotplug-list = <0x1a 0x1b 0x1c 0x1d>;
5012.                qcom,bcl-soc-hotplug-list = <0x1a 0x1b 0x1c 0x1d>;
5013.
5014.                qcom,ibat-monitor {
5015.                    qcom,low-threshold-uamp = <0x33e140>;
5016.                    qcom,high-threshold-uamp = <0x401640>;
5017.                    qcom,mitigation-freq-khz = <0x8ca00>;
5018.                    qcom,vph-high-threshold-uv = <0x3567e0>;
5019.                    qcom,vph-low-threshold-uv = <0x325aa0>;
5020.                    qcom,soc-low-threshold = <0xa>;
5021.                    qcom,thermal-handle = <0xa0>;
5022.                };
5023.            };
```

https://pastebin.com/U0i7nP4P

4

| | |
|---|---|
| | ```
564          bcl->btm_vph_adc_param.btm_ctx = bcl;
565          bcl->btm_vph_adc_param.threshold_notification = bcl_vph_notification;
566          bcl->btm_vph_adc_param.channel = bcl->btm_vph_chan;

1381         bcl->btm_ibat_adc_param.btm_ctx = bcl;
1382         bcl->btm_ibat_adc_param.threshold_notification = bcl_ibat_notification;
1383         bcl->btm_ibat_adc_param.channel = bcl->btm_ibat_chan;
``` **Reports a volatage value** / **Reports a current value** <br><br> ```
536   static void bcl_ibat_notification(enum qpnp_tm_state state, void *ctx);
537   static void bcl_vph_notification(enum qpnp_tm_state state, void *ctx);
``` <br> https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c <br> ```
707   enum qpnp_tm_state {
708        ADC_TM_HIGH_STATE = 0,
709        ADC_TM_COOL_STATE = ADC_TM_HIGH_STATE,
710        ADC_TM_LOW_STATE,
711        ADC_TM_WARM_STATE = ADC_TM_LOW_STATE,
712        ADC_TM_STATE_NUM,
713   };
``` <br> https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-asus-3.10-nougat-mr1-wear-release/include/linux/qpnp/qpnp-adc.h |
| a storage circuit configured to store said event; | The accused product comprises a storage circuit (e.g., L2 cache) configured to store said event (e.g., if state is high or low). <br><br> As shown below, the Snapdragon 835 includes an L2 cache that stores voltage variance events. |



https://www.androidauthority.com/qualcomm-details-snapdragon-835-735688/

| a table configured to store a plurality of event types; and | The accused product comprises a table (e.g., a table containing various thresholds) configured to store a plurality of event types (e.g., if state is high or low).<br><br>As shown in the code below, the Snapdragon 835 utilizes a table that defines various voltage conditions and their table corresponding thresholds. |
|---|---|

```
5006.          qcom,bcl {
5007.                compatible = "qcom,bcl";
5008.                qcom,bcl-enable;
5009.                qcom,bcl-framework-interface;
5010.                qcom,bcl-freq-control-list = <0x1a 0x1b 0x1c 0x1d>;
5011.                qcom,bcl-hotplug-list = <0x1a 0x1b 0x1c 0x1d>;
5012.                qcom,bcl-soc-hotplug-list = <0x1a 0x1b 0x1c 0x1d>;
5013.
5014.                qcom,ibat-monitor {
5015.                     qcom,low-threshold-uamp = <0x33e140>;
5016.                     qcom,high-threshold-uamp = <0x401640>;
5017.                     qcom,mitigation-freq-khz = <0x8ca00>;
5018.                     qcom,vph-high-threshold-uv = <0x3567e0>;
5019.                     qcom,vph-low-threshold-uv = <0x325aa0>;
5020.                     qcom,soc-low-threshold = <0xa>;
5021.                     qcom,thermal-handle = <0xa0>;
5022.                };
5023.          };
```

https://pastebin.com/U0i7nP4P

| | |
|---|---|
| | ```
5014.            qcom,ibat-monitor {
5015.               qcom,low-threshold-uamp = <0x33e140>;
5016.               qcom,high-threshold-uamp = <0x401640>;
5017.               qcom,mitigation-freq-khz = <0x8ca00>;
5018.               qcom,vph-high-threshold-uv = <0x3567e0>;
5019.               qcom,vph-low-threshold-uv = <0x325aa0>;
5020.               qcom,soc-low-threshold = <0xa>;
5021.               qcom,thermal-handle = <0xa0>;
5022.            };
5023.         };
```<br><br>https://pastebin.com/U0i7nP4P |
| a circuit configured to (i) reset when said event condition is a first predetermined type and (ii) implement recover action when said event condition is a second predetermined type, wherein said first and second predetermined types are determined in response to a comparison of said event to said plurality of event types stored in said table. | The accused product comprises a circuit (e.g., resource power manager circuit) configured to (i) reset (e.g., cpu_down) when said event condition is a first predetermined type (e.g., when bcl_soc_state == BCL_LOW_THRESHOLD OR bcl_vph_state == BCL_LOW_THRESHOLD) and (ii) implement recover action (e.g., cpu_up) when said event condition is a second predetermined type (e.g., when bcl_soc_state is not equal to BCL_LOW_THRESHOLD, bcl_vph_state is not equal to BCL_LOW_THRESHOLD and bcl_ibat_state is not equal to BCL_HIGH_THRESHOLD), wherein said first and second predetermined types are determined in response to a comparison of said event to said plurality of event types stored in said table (e.g. the comparison of collected values with stored thresholds). |

```
4   Resource Power Manager (RPM)
5
6   RPM is a dedicated hardware engine for managing shared SoC resources,
7   which includes buses, clocks, power rails, etc.  The goal of RPM is
8   to achieve the maximum power savings while satisfying the SoC's
9   operational and performance requirements.  RPM accepts resource
10  requests from multiple RPM masters.  It arbitrates and aggregates the
11  requests, and configures the shared resources.  The RPM masters are
12  the application processor, the modem processor, as well as some
13  hardware accelerators.
```

https://android.googlesource.com/kernel/msm/+/android-7.1.0_r0.2/Documentation/arm/msm/rpm.txt



https://www.slideshare.net/linaroorg/lcu14-210-qualcomm-snapdragon-power-management-unique-challenges-for-power-frameworks

9

```
213   #ifdef CONFIG_SMP
214   static void __ref bcl_handle_hotplug(struct work_struct *work)
215   {
216           int ret = 0, _cpu = 0;
217
218           mutex_lock(&bcl_hotplug_mutex);
219           if (cpumask_empty(bcl_cpu_online_mask))
220                   bcl_update_online_mask();
221
222           if  (bcl_soc_state == BCL_LOW_THRESHOLD
223                   || bcl_vph_state == BCL_LOW_THRESHOLD)
224                   bcl_hotplug_request = bcl_soc_hotplug_mask;
225           else if (bcl_ibat_state == BCL_HIGH_THRESHOLD)
226                   bcl_hotplug_request = bcl_hotplug_mask;
227           else
228                   bcl_hotplug_request = 0;
229
230           for_each_possible_cpu(_cpu) {
231                   if ((!(bcl_hotplug_mask & BIT(_cpu))
232                           && !(bcl_soc_hotplug_mask & BIT(_cpu)))
233                           || !(cpumask_test_cpu(_cpu, bcl_cpu_online_mask)))
234                           continue;
235
236                   if (bcl_hotplug_request & BIT(_cpu)) {
237                           if (!cpu_online(_cpu))
238                                   continue;
239                           ret = cpu_down(_cpu);
240                           if (ret)
```

**Event condition is a first predetermined type**

**Reset**

https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c

10

```
214   static void __ref bcl_handle_hotplug struct work_struct *work)
215   {
216         int ret = 0, _cpu = 0;
217
218         mutex_lock(&bcl_hotplug_mutex);
219         if (cpumask_empty(bcl_cpu_online_mask))
220               bcl_update_online_mask();
221
222         if (bcl_soc_state == BCL_LOW_THRESHOLD
223               || bcl_vph_state == BCL_LOW_THRESHOLD)
224               bcl_hotplug_request = bcl_soc_hotplug_mask;
225         else if (bcl_ibat_state == BCL_HIGH_THRESHOLD)
226               bcl_hotplug_request = bcl_hotplug_mask;
227         else
228               bcl_hotplug_request = 0;
229
230         for_each_possible_cpu(_cpu) {
231               if ((!(bcl_hotplug_mask & BIT(_cpu))
232                     && !(bcl_soc_hotplug_mask & BIT(_cpu)))
233                     || !(cpumask_test_cpu(_cpu, bcl_cpu_online_mask)))
234                     continue;
235
236               if (bcl_hotplug_request & BIT(_cpu)) {
237                     if (!cpu_online(_cpu))
238                           continue;
239                     ret = cpu_down(_cpu);
240                     if (ret)
241                           pr_err("Error %d offlining core %d\n",
242                                 ret, _cpu);
243                     else
244                           pr_debug("Set Offline CPU:%d\n", _cpu);
245               } else {
246                     if (cpu_online(_cpu))
247                           continue;
248                     ret = cpu_up(_cpu);
249                     if (ret)
```

**Event condition is a second predetermined type** (pointing to line 228: bcl_hotplug_request = 0;)

**Event condition is a second predetermined type** (pointing to line 245: } else {)

**Recover** (pointing to line 248: ret = cpu_up(_cpu);)

https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c

11

```
5014.              qcom,ibat-monitor {
5015.                    qcom,low-threshold-uamp = <0x33e140>;
5016.                    qcom,high-threshold-uamp = <0x401640>;
5017.                    qcom,mitigation-freq-khz = <0x8ca00>;
5018.                    qcom,vph-high-threshold-uv = <0x3567e0>;
5019.                    qcom,vph-low-threshold-uv = <0x325aa0>;
5020.                    qcom,soc-low-threshold = <0xa>;
5021.                    qcom,thermal-handle = <0xa0>;
5022.              };
5023.         };
```

https://pastebin.com/U0i7nP4P

Threshold Values from the table (dtsi) are imported into the battery_current_limit module thru a record data type (bcl).

12

```
1519
1520            BCL_FETCH_DT_U32(ibat_node, key, "qcom,low-threshold-uamp", ret,
1521                    bcl->ibat_low_thresh.trip_value, ibat_probe_exit);
1522            BCL_FETCH_DT_U32(ibat_node, key, "qcom,high-threshold-uamp", ret,
1523                    bcl->ibat_high_thresh.trip_value, ibat_probe_exit);
1524            BCL_FETCH_DT_U32(ibat_node, key, "qcom,mitigation-freq-khz", ret,
1525                    bcl->bcl_p_freq_max, ibat_probe_exit);
1526            BCL_FETCH_DT_U32(ibat_node, key, "qcom,vph-high-threshold-uv", ret,
1527                    bcl->vbat_high_thresh.trip_value, ibat_probe_exit);
1528            BCL_FETCH_DT_U32(ibat_node, key, "qcom,vph-low-threshold-uv", ret,
1529                    bcl->vbat_low_thresh.trip_value, ibat_probe_exit);
1530            BCL_FETCH_DT_U32(ibat_node, key, "qcom,soc-low-threshold", ret,
1531                    soc_low_threshold, ibat_probe_exit);
```

The values of the table are now inside the record, bcl. The State of Charge low threshold is saved in a variable soc_low_threshold.

```
174             /* BCL Peripheral monitor parameters */
175         struct bcl_threshold ibat_high_thresh;
176         struct bcl_threshold ibat_low_thresh;
177         struct bcl_threshold vbat_high_thresh;
178         struct bcl_threshold vbat_low_thresh;
179         uint32_t bcl_p_freq_max;
180     };
```

**Different possible event types**

https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c

13

```
17    #define BCL_NAME_MAX_LEN 20
18
19    enum bcl_trip_type {
20            BCL_HIGH_TRIP,
21            BCL_LOW_TRIP,
22            BCL_TRIP_MAX,
23    };
```

https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/include/linux/msm_bcl.h

```
31    struct bcl_threshold {
32            int                   trip_value;
33            enum bcl_trip_type    type;
34            void                  *trip_data;
35            void (*trip_notify)   (enum bcl_trip_type, int, void *);
36    };
```

14

```
214    static void __ref bcl_handle_hotplug(struct work_struct *work)
215    {
216            int ret = 0, _cpu = 0;
217
218            mutex_lock(&bcl_hotplug_mutex);
219            if (cpumask_empty(bcl_cpu_online_mask))
220                    bcl_update_online_mask();
221
222            if  (bcl_soc_state == BCL_LOW_THRESHOLD
223                    || bcl_vph_state == BCL_LOW_THRESHOLD)
224                    bcl_hotplug_request = bcl_soc_hotplug_mask;
225            else if (bcl_ibat_state == BCL_HIGH_THRESHOLD)
226                    bcl_hotplug_request = bcl_hotplug_mask;
227            else
228                    bcl_hotplug_request = 0;
229
230            for_each_possible_cpu(_cpu) {
231                    if ((!(bcl_hotplug_mask & BIT(_cpu))
232                            && !(bcl_soc_hotplug_mask & BIT(_cpu)))
233                            || !(cpumask_test_cpu(_cpu, bcl_cpu_online_mask)))
234                            continue;
235
236                    if (bcl_hotplug_request & BIT(_cpu)) {
237                            if (!cpu_online(_cpu))
238                                    continue;
239                            ret = cpu_down(_cpu);
```

**First event** → lines 222–224

**Second event** → line 227

https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c

The new values of bcl_vph_state and bcl_ibat_state are compared against the threshold values from the table.

16