# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **PEARL IP LICENSING LLC**<br><br>*Plaintiff*,<br><br>v.<br><br>**T-MOBILE USA, INC.**<br><br>*Defendant*. | **Civil Action No. 6:20-cv-000260-ADA** |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant T-Mobile USA, Inc. ("Defendant") files this Unopposed Motion for an Extension of Time to Move, Answer or Otherwise Respond to Plaintiff Pearl IP Licensing LLC's Complaint, filed March 31, 2020 (ECF No. 1). Defendant was served with the Complaint on April 16, 2020. The current deadline for Defendant to answer the Complaint is May 7, 2020. The Parties have meet and conferred and agreed on a forty-five-day (45) extension, making the new answer deadline June 21, 2020.

Defendant T-Mobile USA, Inc. respectfully requests that the Court grant this unopposed motion and extend the deadline to move, answer or otherwise respond to the Complaint up to and through June 21, 2020.

Dated: April 22, 2020    Respectfully submitted,

        By: */s/ Melissa R. Smith*
            Melissa R. Smith
            Texas Bar No. 24001351
            melissa@gillamsmithlaw.com
            **GILLAM & SMITH, LLP**
            303 South Washington Avenue
            Marshall, Texas 75670
            Tel: (903) 934-8450
            Fax: (903) 934-9257

*Counsel for T- Mobile USA, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on this the 22nd day of April, 2020 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

            */s/ Melissa R. Smith*
            Melissa R. Smith