# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **PEARL IP LICENSING LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**T-MOBILE USA, INC.,**<br><br>    **Defendant.** | Case No. 6:20-cv-00260-ADA |

## **STIPULATION OF DISMISSAL**

Now comes Plaintiff, Pearl IP Licensing, LLC, and Defendant T-Mobile USA, Inc., by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby submit the following Stipulation of Dismissal whereby Plaintiff and Defendant agree to dismiss their claims in this action with prejudice, with each party to bear its own fees and costs.

NOW THEREFORE, it is hereby stipulated by the Parties, subject to the approval of the Court, that:

1. Plaintiff hereby dismisses this action with prejudice;

2. Defendant hereby dismisses its counterclaims in this action with prejudice;

3. The Parties agree that none of the Parties will seek to have this Stipulation of Dismissal submitted or used in any manner in any other proceeding between the Parties; and

4. The Parties agree to bear their own respective costs and expenses in this action.

Dated:  December 1, 2020

Respectfully submitted,

*/s/George Pazuniak*
George Pazuniak (PHV)
O'Kelly & Ernst LLC
824 N. Market Street, Suite 1001A
Wilmington, DE 19803
302-478-4230
gp@del-iplaw.com

Jay Johnson
1910 Pacific Avenue, Suite 13000
Dallas, Texas 75201
Phone: (214) 451 -0164
Facsimile: (214) 451-0165
jay@kjpllc.com

Attorneys for Plaintiff


*/s/ Melissa R. Smith*
Melissa R. Smith
melissa@gillamsmithlaw.com
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

Attorneys For Defendant