IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **PEARL IP LICENSING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>Defendant. | Case No. 6:20-cv-00260-ADA |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Stipulation of Dismissal filed by Plaintiff, Pearl IP Licensing, LLC, and Defendant T-Mobile USA, Inc. (collectively, the "Parties"). The Court, having considered the Stipulation of Dismissal, finds that it is meritorious and that the requested relief should be granted.

IT IS, THEREFORE, ORDERED that Plaintiff's claims against Defendant are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that Defendant's counterclaims are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that none of the Parties will seek to submit or use the Stipulation of Dismissal in any manner in any other proceeding between the Parties.

IT IS FURTHER ORDERED that each of the Parties shall bear their own respective costs and expenses in this action.

Signed this  11th  day of   December      , 2020.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE